38 A.3d 769

Norman HIRSCHFELD, Petitioner

v.

PENNSYLVANIA COURTS and Department of Corrections, Respondents.

No. 94 EM 2011.

Supreme Court of Pennsylvania.

Feb. 16, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of February, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**